DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

XAVIER EFFREN CANCEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1524

_____

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Xavier Effren Cancel, pro se.


PER CURIAM.

    Affirmed.

KHOUZAM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.